ACCEPTED
01-18-00210-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/22/2018 3:46 PM
CHRISTOPHER PRINE
CLERK

| | |
|---|---|
| Appellate Docket Number: | 01-18-00210-CV |
| Appellate Case Style: | ADB Interests, LLC and Ashley Black, Individually |
| Vs. | Karen Wallace, Individually and d/b/a Journeyz Spa & Products |
| Companion Case No.: | 2017-35441 |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/22/2018 3:46:21 PM

CHRISTOPHER A. PRINE
Clerk

Amended/corrected statement:

## DOCKETING STATEMENT (Civil)

Appellate Court: 1st Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: ADB Interests, LLC | First Name: Daniel |
| First Name: | Middle Name: J. |
| Middle Name: | Last Name: Kasprzak |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Johnson, Deluca, Kurisky & Gould, P.C. |
| Pro Se: ◯ | Address 1: 1221 Lamar, Suite 1000 |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77010 |
| | Telephone: (713) 652-2525    ext. |
| | Fax: (713) 652-5130 |
| | Email: dkasprzak@jdkglaw.com |
| | SBN: 11105300 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: ADB Interests, LLC | First Name: George |
| First Name: | Middle Name: A. |
| Middle Name: | Last Name: Kurisky |
| Last Name: | Suffix: Jr. |
| Suffix: | Law Firm Name: Johnson, Deluca, Kurisky & Gould, P.C. |
| Pro Se: ◯ | Address 1: 1221 Lamar, Suite 1000 |
| | Address 2: |

| | |
|---|---|
| | City: Houston |
| | State: Texas Zip+4: 77010 |
| | Telephone: (713) 652-2525 ext. |
| | Fax: (713) 652-5130 |
| | Email: gkurisky@jdkglaw.com |
| | SBN: 11767700 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: ADB Interests, LLC | First Name: Mark |
| First Name: | Middle Name: A. |
| Middle Name: | Last Name: Bankston |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Johnson, Deluca, Kurisky & Gould, P.C. |
| Pro Se: ○ | Address 1: 1221 Lamar, Suite 1000 |
| | Address 2: |
| | City: Houston |
| | State: Texas Zip+4: 77010 |
| | Telephone: (713) 652-2525 ext. |
| | Fax: (713) 652-5130 |
| | Email: mbankston@jdkglaw.com |
| | SBN: 24001430 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: ADB Interests, LLC | First Name: Gregory |
| First Name: | Middle Name: J. |
| Middle Name: | Last Name: Finney |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Johnson, Deluca, Kurisky & Gould, P.C. |
| Pro Se: ○ | Address 1: 1221 Lamar, Suite 1000 |
| | Address 2: |
| | City: Houston |
| | State: Texas Zip+4: 77010 |
| | Telephone: (713) 652-2525 ext. |
| | Fax: (713) 652-5130 |
| | Email: gfinney@jdkglaw.com |
| | SBN: 24044430 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☒ Person ☐ Organization (choose one) | ☒ Lead Attorney |
| | First Name: Daniel J. Kasprzak |
| First Name: Ashley | Middle Name: J. |
| Middle Name: | Last Name: Kasprzak |
| Last Name: Black | Suffix: |
| Suffix: | Law Firm Name: Johnson, Deluca, Kurisky & Gould, P.C. |
| Pro Se: ◯ | Address 1: 1221 Lamar, Suite 1000 |
| | Address 2: |
| | City: Houston |
| | State: Texas Zip+4: 77010 |
| | Telephone: (713) 652-2525 ext. |
| | Fax: (713) 652-5130 |
| | Email: dkasprzak@jdkglaw.com |
| | SBN: 11105300 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☒ Person ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: George |
| First Name: Ashley | Middle Name: A. |
| Middle Name: | Last Name: Kurisky |
| Last Name: Black | Suffix: Jr. |
| Suffix: | Law Firm Name: Johnson, Deluca, Kurisky & Gould, P.C. |
| Pro Se: ◯ | Address 1: 1221 Lamar, Suite 1000 |
| | Address 2: |
| | City: Houston |
| | State: Texas Zip+4: 77010 |
| | Telephone: (713) 652-2525 ext. |
| | Fax: (713) 652-5130 |
| | Email: gkurisky@jdkglaw.com |
| | SBN: 11767700 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☒ Person ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Mark |
| First Name: Ashley | Middle Name: A. |
| Middle Name: | Last Name: Bankston |
| Last Name: Black | Suffix: |
| Suffix: | Law Firm Name: Johnson, Deluca, Kurisky & Gould, P.C. |
| Pro Se: ◯ | Address 1: 1221 Lamar, Suite 1000 |
| | Address 2: |

| | |
|---|---|
| | City: Houston |
| | State: Texas    Zip+4: 77010 |
| | Telephone: (713) 652-2525    ext. |
| | Fax: (713) 652-5130 |
| | Email: mbankston@jdkglaw.com |
| | SBN: 24001430 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| ☒ Person   ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Gregory |
| First Name: Ashley | Middle Name: J. |
| Middle Name: | Last Name: Finney |
| Last Name: Black | Suffix: |
| Suffix: | Law Firm Name: Johnson, Deluca, Kurisky & Gould, P.C. |
| Pro Se: ◯ | Address 1: 1221 Lamar, Suite 1000 |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77010 |
| | Telephone: (713) 652-2525    ext. |
| | Fax: (713) 652-5130 |
| | Email: gfinney@jdkglaw.com |
| | SBN: 24044430 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| ☐ Person   ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: ADB Interests, LLC | First Name: Wallace |
| First Name: | Middle Name: B. |
| Middle Name: | Last Name: Jefferson |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Alexander Dubose Jefferson & Townsend LLP |
| Pro Se: ◯ | Address 1: 515 Congress Avenue, Suite 2350 |
| | Address 2: |
| | City: Austin |
| | State: Texas    Zip+4: 78701 |
| | Telephone: (512) 482-9300    ext. |
| | Fax: (512) 482-9303 |
| | Email: wjefferson@adjtlaw.com |
| | SBN: 00000019 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization  (choose one) | ☐ Lead Attorney |
| Organization Name: ADB Interests, LLC | First Name: Marcy |
| First Name: | Middle Name: Hogan |
| Middle Name: | Last Name: Greer |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Alexander Dubose Jefferson & Townsend LLP |
| Pro Se: ○ | Address 1: 515 Congress Avenue, Suite 2350 |
| | Address 2: |
| | City: Austin |
| | State: Texas  Zip+4: 78701 |
| | Telephone: (512) 482-9300  ext. |
| | Fax: (512) 482-9303 |
| | Email: mgreer@adjtlaw.com |
| | SBN: 08417650 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization  (choose one) | ☐ Lead Attorney |
| Organization Name: ADB Interests, LLC | First Name: Nicholas |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Bacarisse |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Alexander Dubose Jefferson & Townsend LLP |
| Pro Se: ○ | Address 1: 515 Congress Avenue, Suite 2350 |
| | Address 2: |
| | City: Austin |
| | State: Texas  Zip+4: 78701 |
| | Telephone: (512) 482-9300  ext. |
| | Fax: (512) 482-9303 |
| | Email: nbacarisse@adjtlaw.com |
| | SBN: 24073872 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☒ Person  ☐ Organization  (choose one) | ☐ Lead Attorney |
| | First Name: Wallace |
| First Name: Ashley | Middle Name: B. |
| Middle Name: | Last Name: Jefferson |
| Last Name: Black | Suffix: |
| Suffix: | Law Firm Name: Alexander Dubose Jefferson & Townsend LLP |
| Pro Se: ○ | Address 1: 515 Congress Avenue, Suite 2350 |
| | Address 2: |

| | |
|---|---|
| | City: Austin |
| | State: Texas    Zip+4: 78701 |
| | Telephone: (512) 482-9300    ext. |
| | Fax: (512) 482-9303 |
| | Email: wjefferson@adjtlaw.com |
| | SBN: 00000019 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| ☒ Person   ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Marcy |
| First Name: Ashley | Middle Name: Hogan |
| Middle Name: | Last Name: Greer |
| Last Name: Black | Suffix: |
| Suffix: | Law Firm Name: Alexander Dubose Jefferson & Townsend LLP |
| Pro Se: ○ | Address 1: 515 Congress Avenue, Suite 2350 |
| | Address 2: |
| | City: Austin |
| | State: Texas    Zip+4: 78701 |
| | Telephone: (512) 482-9300    ext. |
| | Fax: (512) 482-9303 |
| | Email: mgreer@adjtlaw.com |
| | SBN: 08417650 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| ☒ Person   ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Nicholas |
| First Name: Ashley | Middle Name: |
| Middle Name: | Last Name: Bacarisse |
| Last Name: Black | Suffix: |
| Suffix: | Law Firm Name: Alexander Dubose Jefferson & Townsend LLP |
| Pro Se: ○ | Address 1: 515 Congress Avenue, Suite 2350 |
| | Address 2: |
| | City: Austin |
| | State: Texas    Zip+4: 78701 |
| | Telephone: (512) 482-9300    ext. |
| | Fax: (512) 482-9303 |
| | Email: nbacarisse@adjtlaw.com |
| | SBN: 24073872 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☒ Person   ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Lara |

| First Name: | Karen | Middle Name: | Hudgens |
|---|---|---|---|
| Middle Name: | | Last Name: | Hollingsworth |
| Last Name: | Wallace | Suffix: | |
| Suffix: | | Law Firm Name: | Rusty Hardin & Associates, LLP |
| Pro Se: ◯ | | Address 1: | 1401 McKinney Street, Suite 2250 |

**Middle Name:** Hudgens
**Last Name:** Hollingsworth
**Suffix:**
**Law Firm Name:** Rusty Hardin & Associates, LLP
**Address 1:** 1401 McKinney Street, Suite 2250
**Address 2:**
**City:** Houston
**State:** Texas   **Zip+4:** 77010
**Telephone:** 713-652-9000   ext.
**Fax:** (713) 652-9800
**Email:** lhollingsworth@rustyhardin.com
**SBN:** 00796790

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|

☒ Person   ☐ Organization (choose one)

☒ Lead Attorney

**First Name:** Karen
**Middle Name:**
**Last Name:** Wallace
**Suffix:**
Pro Se: ◯

**First Name:** Rusty
**Middle Name:**
**Last Name:** Hardin
**Suffix:**
**Law Firm Name:** Rusty Hardin & Associates, LLP
**Address 1:** 1401 McKinney Street, Suite 2250
**Address 2:**
**City:** Houston
**State:** Texas   **Zip+4:** 77010
**Telephone:** 713-652-9000   ext.
**Fax:** (713) 652-9800
**Email:** rhardin@rustyhardin.com
**SBN:** 08972800

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|

☒ Person   ☐ Organization (choose one)

☐ Lead Attorney

**First Name:** Karen
**Middle Name:**
**Last Name:** Wallace

**First Name:** Ryan
**Middle Name:**
**Last Name:** Higgins
**Suffix:**

| | |
|---|---|
| Suffix: | Law Firm Name: Rusty Hardin & Associates, LLP |
| Pro Se: ◯ | Address 1: 1401 McKinney Street, Suite 2250 |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77010 |
| | Telephone: 713-652-9000    ext. |
| | Fax: 713-652-9800 |
| | Email: rhiggins@rustyhardin.com |
| | SBN: 224007362 |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|
| ☐ Person   ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Karen Wallace d/b/a Journeyz Spa & Products | First Name: Rusty |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Hardin |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Rusty Hardin & Associates, LLP |
| Pro Se: ◯ | Address 1: 1401 McKinney Street, Suite 2250 |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77010 |
| | Telephone: 713-652-9000    ext. |
| | Fax: 713-652-9800 |
| | Email: rhardin@rustyhardin.com |
| | SBN: 08972800 |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|
| ☐ Person   ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Karen Wallace d/b/a Journeyz Spa & Products | First Name: Ryan |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Higgins |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Rusty Hardin & Associates, LLP |
| Pro Se: ◯ | Address 1: 1401 McKinney, Suite 2250 |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77010 |
| | Telephone: 713-652-9000    ext. |
| | Fax: 713-652-9800 |
| | Email: rhiggins@rustyhardin.com |
| | SBN: 24007362 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person    ☒ Organization (choose one) | ☐   Lead Attorney |
| Organization Name: Karen Wallace d/b/a Journeyz Spa & Products | First Name:    Lara |
| First Name: | Middle Name:   Hudgins |
| Middle Name: | Last Name:   Hollingsworth |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Rusty Hardin & Associates, LLP |
| Pro Se: ◯ | Address 1:   1401 McKinney, Suite 2250 |
| | Address 2: |
| | City: |
| | State:   Texas     Zip+4:   77010 |
| | Telephone:   713-652-9000    ext. |
| | Fax:   713-652-9800 |
| | Email:   lhollingsworth@rustyhardin.com |
| | SBN:   00796790 |

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case): Other

Date order or judgment signed: February 28, 2018     Type of judgment: Bench Trial

Date notice of appeal filed in trial court: March 19, 2018

If mailed to the trial court clerk, also give the date mailed:

Interlocutory appeal of appealable order: ☐ Yes ☒ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated appeal (See TRAP 28): ☒ Yes ☐ No

If yes, please specify statutory or other basis on which appeal is accelerated:
Plaintiffs appeal the Trial Court's 12/13/2017 order of dismissal under the Texas Citizens Protection Act, and related, final order on fees and sanctions 02/28/18. See Tex. Civ. P. & Rem Code Ann. § 27.008(b); Tex R. App. P. 25.1, 26.1(b), 28.1.

Parental Termination or Child Protection? (See TRAP 28.4): ☐ Yes ☒ No

Permissive? (See TRAP 28.3): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Agreed? (See TRAP 28.2): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule: ☒ Yes ☐ No

If yes, please specify statutory or other basis for such status:
See Tex. Civ. P. & Rem Code Ann. § 27.008(b); Tex R. App. P. 25.1, 26.1(b), and 28.1.

Does this case involve an amount under $100,000? ☐ Yes ☒ No

Judgment or order disposes of all parties and issues: ☒ Yes ☐ No

Appeal from final judgment: ☒ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance? ☒ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

| | | If yes, date filed: |
|---|---|---|
| Motion for New Trial: | ☐ Yes ☒ No | |
| Motion to Modify Judgment: | ☐ Yes ☒ No | |
| Request for Findings of Fact and Conclusions of Law: | ☒ Yes ☐ No | March 19, 2018 |
| Motion to Reinstate: | ☐ Yes ☒ No | |
| Motion under TRCP 306a: | ☐ Yes ☒ No | |
| Other: | ☐ Yes ☒ No | |

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

Affidavit filed in trial court: ☐ Yes ☐ No     If yes, date filed:

Contest filed in trial court: ☐ Yes ☒ No     If yes, date filed:

Date ruling on contest due:

Ruling on contest: ☐ Sustained     ☐ Overruled     Date of ruling:

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal? ☐ Yes ☒ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: [ ]        Bankruptcy Case Number: [ ]

## IX. Trial Court And Record

Court: 334th Judicial District

County: Harris

**Trial Court Docket Number (Cause No.):** 2017-35441

Trial Judge (who tried or disposed of case):

First Name: Hon. Steven

Middle Name: E.

Last Name: Kirkland

Suffix:

Address 1: 201 Caroline Street

Address 2 :

City: Houston

State: Texas          Zip + 4: 77002

Telephone: (713) 368-6640        ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested? ☒ Yes  ☐ No

If yes, date requested: March 19, 2018

If no, date it will be requested:

Were payment arrangements made with clerk?

☒ Yes ☐ No ☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b))**

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was there a reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: March 19, 2018

If no, date it will be requested:

Were payment arrangements made with the court reporter/court recorder? ☒ Yes ☐ No ☐ Indigent

☒ Court Reporter      ☐ Court Recorder

☐ Official      ☐ Substitute

First Name:      Cynthia

Middle Name:

Last Name:      Berry

Suffix:

Address 1:      201 Caroline Street

Address 2:      C/O 334th Judicial District Court

City:      Houston

State:    Texas      Zip + 4:   77002

Telephone:    (832) 927-1832      ext.

Fax:

Email:    cynthia_berry@justex.net

## X. Supersedeas Bond

Supersedeas bond filed: ☒ Yes   ☐ No      If yes, date filed: March 19, 2018

Will file: ☐ Yes  ☐ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?      ☐ Yes   ☒ No

If yes, briefly state the basis for your request:

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?      ☐ Yes   ☒ No

If no, please specify: While Plaintiffs will abide any Mediation Order, in light of the case's posture, mediation likely would be futile.

Has the case been through an ADR procedure?    ☐ Yes   ☒ No

If yes, who was the mediator?

What type of ADR procedure?

At what stage did the case go through ADR?    ☐ Pre-Trial    ☐ Post-Trial    ☐ Other

If other, please specify:

Type of case?    Other

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

Review of the Trial Court's Dismissal of Plaintiffs' Lawsuit under the TCPA, including the Trial Court's rulings on Discovery, Commercial Speech, Evidence, the award of Fees and Sanctions.

How was the case disposed of?    Dismissal

Summary of relief granted, including amount of money judgment, and if any, damages awarded. Dismissal of all claims and sanctions of $125,487.50.

If money judgment, what was the amount? Actual damages:

Punitive (or similar) damages:

Attorney's fees (trial):     $125,487.50

Attorney's fees (appellate):     $110,050.00

Other:

If other, please specify:

---

Will you challenge this Court's jurisdiction?     ☐ Yes  ☒ No

Does judgment have language that one or more parties "take nothing"?     ☐ Yes ☒ No

Does judgment have a Mother Hubbard clause? ☐ Yes  ☒ No

Other basis for finality?  12/13/17 Order was not final; 2/28/18 order disposes of fees and all remaining issues and awards appellate fees

Rate the complexity of the case (use 1 for least and 5 for most complex):     ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5

Please make my answer to the preceding questions known to other parties in this case.     ☐ Yes ☒ No

Can the parties agree on an appellate mediator? ☐ Yes ☒ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|------|---------|-----------|-----|-------|
|      |         |           |     |       |

Languages other than English in which the mediator should be proficient:

Name of person filing out mediation section of docketing statement:

---

## XIII.  Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                    Trial Court:

Style:

Vs.

## XIV.  Pro Bono Program: (Complete section if filing in the 1st, 3rd, 5th, or 14th Courts of Appeals)

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee.  If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees.  More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org.  If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you.  Accordingly, you should not forego seeking other counsel to represent you in this proceeding.  By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?          ☐ Yes  ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?      ☐ Yes  ☒ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?          ☐ Yes  ☒ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the  internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes  ☒ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee.  Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org.  Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

## XV.  Signature

_____

Signature of counsel (or pro se party)

Date:    March 22, 2018

Printed Name:  Daniel J. Kasprzak                    State Bar No.:  11105300

Electronic Signature:  /s/ Daniel J. Kasprzak
        (Optional)

## XVI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on   March 22, 2018   .

_____
Signature of counsel (or pro se party)

Electronic Signature: /s/ Daniel J. Kasprzak
(Optional)

State Bar No.:   11105300

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;
        (2) the name and address of each person served, and
        (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served:   March 22, 2018

Manner Served: Email

First Name:   Rusty

Middle Name:

Last Name:   Hardin

Suffix:

Law Firm Name: RUSTY HARDIN & ASSOCIATES, LLP

Address 1:   1401 McKinney Street, Suite 2250

Address 2:

City:   Houston

State   Texas          Zip+4:   77010

Telephone:   713-652-9000   ext.

Fax:   713-652-9800

Email:   rhardin@rustyhardin.com

If Attorney, Representing Party's Name: Defendants Karen Wallace, Individually, and+

Please enter the following for each person served:

Date Served: March 22, 2018

Manner Served: Email

First Name: Ryan

Middle Name:

Last Name: Higgins

Suffix:

Law Firm Name: RUSTY HARDIN & ASSOCIATES, LLP

Address 1: 1401 McKinney Street, Suite 2250

Address 2:

City: Houston

State Texas          Zip+4: 77010

Telephone: 713-652-9000     ext.

Fax: 713-652-9800

Email: rhiggins@rustyhardin.com

If Attorney, Representing Party's Name: Appellees Karen Wallace, Individually, and +

Please enter the following for each person served:

---

Date Served: March 22, 2018

Manner Served: Email

First Name: Lara

Middle Name: Hudgens

Last Name: Hollingsworth

Suffix:

Law Firm Name: RUSTY HARDIN & ASSOCIATES, LLP

Address 1: 1401 McKinney Street, Suite 2250

Address 2:

City: Houston

State Texas          Zip+4: 77010

Telephone: 713-652-9000     ext.

Fax: 713-652-9800

Email: lhollingsworth@ruslyhardin.com

If Attorney, Representing Party's Name: Appellees Karen Wallace, Individually, and +

Please enter the following for each person served:

Date Served: March 22, 2018

Manner Served: Email

First Name: Wallace

Middle Name: B.

Last Name: Jefferson

Suffix:

Law Firm Name: ALEXANDER DUBOSE JEFFERSON & TOW

Address 1: 515 Congress Avenue, Suite 2350

Address 2:

City: Austin

State Texas          Zip+4: 78701

Telephone: (512) 482-9300     ext.

Fax: 512-482-9303

Email: wjefferson@adjtlaw.com

If Attorney, Representing Party's Name: Appellants ADB Interests, LLC and Ashley

Please enter the following for each person served:

---

Date Served: March 22, 2018

Manner Served: Email

First Name: Marcy

Middle Name: Hogan

Last Name: Greer

Suffix:

Law Firm Name: ALEXANDER DUBOSE JEFFERSON & TOW

Address 1: 515 Congress Avenue, Suite 2350

Address 2:

City: Austin

State Texas          Zip+4:

Telephone: (512) 482-9300     ext.

Fax: (512) 482-9303

Email: mgreer@adjtlaw.com

If Attorney, Representing Party's Name: Appellants ADB Interests, LLC and Ashley

Please enter the following for each person served:

Date Served: March 22, 2018

Manner Served: Email

First Name: Nicholas

Middle Name:

Last Name: Bacarisse

Suffix:

Law Firm Name: ALEXANDER DUBOSE JEFFERSON & TOW⊞

Address 1: 515 Congress Avenue, Suite 2350

Address 2:

City: Austin

State Texas Zip+4:

Telephone: (512) 482-9300 ext.

Fax: (512) 482-9303

Email: nbacarisse@adjtlaw.com

If Attorney, Representing Party's Name: Appellants ADB Interests, LLC and Ashley ⊞